IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

      v.                                                  08-CR-6087-CJS

SALEH MOHAMED TAHER SAEED,

      Defendant.

## STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS

PLEASE TAKE NOTICE, that the government hereby adopts all findings of the Pre-sentence Report with respect to sentencing factors in this action.

The defendant is required by 18 U.S.C. § 3013 to pay the sum of $100.00 at the time of sentencing.

DATED:   Buffalo, New York, November 3, 2009.

                                              Respectfully submitted,

                                              KATHLEEN M. MEHLTRETTER
                                              United States Attorney

                            BY:   s/Timothy C. Lynch
                                    TIMOTHY C. LYNCH
                                    Assistant U.S. Attorney
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York 14202
                                    (716) 843-5700 ext. 846
                                    timothy.lynch@usdoj.gov

TO:   John R. Parrinello, Esq.
      Kerry J. Chartier, U.S. Probation Officer

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

      v.                                            08-CR-6087-CJS

SALEH MOHAMED TAHER SAEED,

      Defendant.

---

## CERTIFICATE OF SERVICE

    I hereby certify that on November 3, 2009, I electronically filed the foregoing **STATEMENT OF THE GOVERNMENT WITH RESPECT TO SENTENCING FACTORS** with the Clerk of the District Court using its CM/ECF system which would then electronically notify the following CM/ECF participant on this case:

    John R. Parrinello, Esq.
    Kerry J. Chartier, U.S. Probation Officer

                                                                      s/Karen A. Brown
                                                                      KAREN A. BROWN